IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JULIE A. WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-05-924-T |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R   A N D   J U D G M E N T**

Before the Court is the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin issued August 7, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Erwin recommends reversal and remand of the decision of the Social Security Administration denying Plaintiff's applications for supplemental security income and disability insurance benefits.

Because the record reflects no timely written objection, the Court finds the parties have waived further review. The Court therefore ADOPTS the Findings and Recommendation [Doc. 16].

The Court thus finds that the administrative law judge's decision contains inadequate findings at step two of the sequential evaluation process. On remand, the administrative law judge shall identify specifically Plaintiff's severe impairments and, further, shall consider all severe impairments in determining Plaintiff's residual functional capacity.

The decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with this Order and Judgment.

Entered this day of September, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE